Jerry C. Pugh v. Red Rail Transit Company.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

New York Plumbers' Specialties Co., Inc., v. Farwood Realty Co., Inc., and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed forthwith, and procure appellant's points to be filed on or before November 15, 1931. Present — Finch, P. J., McAvoy, Martin and O'Malley, JJ.

Ruth Spero v. Leo Spero.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Arthur W. Sloman and Another v. William H. Bennet, Impleaded with Edward Huth and Others.— Motion denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of Maria F. O'Connor, Deceased.— Motion granted, with ten dollars costs, unless the appellant procure the appellant's points to be filed on or before November 2, 1931, with notice of argument for November 17, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Charles W. Groll v. Hyman D. Baker and Another.— Motion denied and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Harlem Church of Seventh Day Adventists v. Greater New York Corporation of Seventh Day Adventists and Greater New York Conference of Seventh Day Adventists.— Motion denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Michael Schliesser v. Jeanette M. Schliesser.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Manufacturers National Bank of Troy v. Laura McDonald Stallo Rospigliosi and Another, Impleaded, etc.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Williams-Dexter Co., Inc., v. Dowland Realty Corporation, Impleaded, etc.— Motion denied and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Louis Ullman and Another v. Jacob Stolzenberg and Others.— Motion granted, provided that the surety company bond filed by the plaintiffs on October 8, 1931, is sufficient to cover the judgment with interest and costs and is satisfactory in form. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Herman Goldberg v. Vitrea Co., Inc., and Others, Impleaded with Manufacturers Trust Company.—Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

National Telephone and Signal Corporation v. 817 West End Avenue Corporation.—Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Joseph Hollander, Inc., v. Abraham Schinasi and Another.—Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.